UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENELLE TRISCHLER,

           Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.
_____/

Case No. 14-12867

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND
RECOMMENDATION (ECF NO. 16);
(2) GRANTING DEFENDANT COMMISSIONER'S MOTION FOR SUMMARY
JUDGMENT (ECF NO. 14);
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12)

On June 30, 2015, Magistrate Judge Patricia T. Morris issued a Report and Recommendation addressing the cross motions for summary judgment in this action. (ECF No. 15, Report and Recommendation; ECF No. 15, Amended Report and Recommendation).[1] In the Report and Recommendation, the Magistrate Judge recommends that this Court grant Defendant Commissioner's motion for summary judgment and deny Plaintiff's motion for summary judgment.

Having thoroughly reviewed the Report and Recommendation and there being no timely objections from either party pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

---

[1] The Magistrate Judge then issued an Amended Report and Recommendation on August 19, 2015 to correct a mistype on the first page of the Report but did not alter the Report and Recommendation in any other way. (ECF No. 16).

Therefore, the Court ADOPTS the Magistrate Judge's Amended Report and Recommendation (ECF No. 16), GRANTS Defendant Commissioner's Motion for Summary Judgment (ECF No. 14), DENIES Plaintiff's Motion for Summary Judgment (ECF. No. 12), and DISMISSES this action with PREJUDICE.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 24, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 24, 2015.

s/Deborah Tofil
Case Manager